UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

JI4 FEB 20 A II: 31

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Criminal No. 01-10013-UA** |
| | ) |
| **JESUS HERNANDEZ,** | ) |
| **Defendant.** | ) |

## DISMISSAL OF JESUS HERNANDEZ
## FROM THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts,

Carmen M. Ortiz, hereby dismisses the defendant, Jesus Hernandez, from the above-captioned

Indictment. In support of this dismissal, the government states that it has concluded that there is

insufficient evidence to prosecute this case, even were Hernandez to be apprehended. Hernandez

has been a fugitive for twelve years and the evidence in the case was inadvertently destroyed by

the investigating agency. The government has also been informed that Hernandez is serving a

prison sentence in Europe on narcotics-related charges. Accordingly, the dismissal is in the

interests of justice.

Wherefore, the government dismisses the defendant, Jesus Hernandez, from the above-captioned Indictment and respectfully requests that this Court withdraw the pending arrest warrant, forthwith.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

CYNTHIA A. YOUNG
Chief, Criminal Division

Leave to File Granted:

United States District Judge
Dated:

April 4, 2014