UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 01-10013-UA |
| ) | |
| JESUS HERNANDEZ, ) | |
| Defendant. ) | |

## ORDER FOR WITHDRAWAL OF ARREST WARRANT

In light of the dismissal of the defendant from the above-captioned Indictment, the Court hereby orders the withdrawal of the pending arrest warrant against the defendant, Jesus Hernandez, forthwith.

So Ordered:

_____
United States District Judge

Date: April 16, 2014